## In the matter of JOHN N. SCHUNEMAN.

PROCEEDINGS were instituted against Schuneman as an absconding debtor, and an order made by a commissioner for him to appear in three months and discharge his debts, or that his estate would be sold. The order was made on the 29th December, 1828. On the 2d March, 1829, the alleged absconding debtor appeared before the commissioner, and gave the security required by the act, (1 *R. L.* 162;) whereupon the commissioner issued a supersedeas to the warrant which had been issued against the property of the debtor. The question submitted to the court was, whether the debtor was liable to the costs of the proceeding, which amounted to upwards of $30.

*Marginal note:* A person proceeded against as an absconding debtor, appearing and giving the security required by statute, is not chargeable with the costs of the proceeding.

NEW-YORK,
May, 1829.

Mix
v.
Brisban.

*Powers & Day*, for the creditor.

*J. Adams*, for the debtor.

*By the Court*, SAVAGE, Ch. J. The debtor is not liable to the costs of the proceedings. None are given by the statute, when the person proceeded against appears and gives security, and of course none can be demanded.